THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, PLAINTIFF IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFENDANTS IN ERROR.

Submitted March 27th, 1905—Decided June 19th, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Frank Bergen, William D. Edwards* and *George Holmes.*

For the defendants in error, *George L. Record.*

PER CURIAM.

The judgment of the Supreme Court brought here by this writ of error is affirmed, for the reasons given by Mr. Justice Garrison, in his opinion in that court, reported in 41 *Vroom* 81.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.   10.

*For reversal*—None.